UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONTINENTAL WOODCRAFT, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SILVA'S EXPRESS, INC., ) <br> ) <br> *Defendant.* ) <br> ) | CIVIL ACTION NO. <br><br> **04-40209** |

## NOTICE OF REMOVAL

**TO:** The Honorable Judges of the United States District Court for the District of Massachusetts:

1. The Petitioner, Silva's Express, Inc. ("Silva's"), respectfully shows, upon information and belief, that it is the named defendant in the above-entitled civil action brought by the plaintiff, Continental Woodcraft, Inc. ("Continental"), which is now pending in the Middlesex Superior Court Department, Middlesex County Massachusetts, Civil Action No. 2004-03672-L (the "Civil Action").

2. On or about September 20, 2004, the Civil Action was commenced in the aforesaid Middlesex Superior Court Department, and Petitioner was served with the Summons, Complaint, Jury Demand, Cover Sheet and Tracking Order, **Exhibit A** hereto, in the Civil Action on September 27, 2004, as shown on the Summons.

3. Upon information and belief, no further proceedings have been had in the Civil Action, and the time of Petitioner within which to file a notice of removal has not expired.

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

L:\13167\001\Pld\001.doc

4. **Jurisdiction**. Based on the allegations contained in the Complaint, this is a civil suit which may be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441 in that Plaintiff, Continental, alleges a claim involving an Act of Congress regulating commerce, to wit: a claim in excess of $10,000, exclusive of costs, for loss or damage to a shipment of property allegedly transported by Petitioner in interstate commerce from Worcester, Massachusetts to Charlotte, North Carolina on or about February 2004. Complaint, ¶¶ 4-5. Therefore, the Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. § 14706, governs Plaintiff's claims for loss or damage to the subject shipment. The amount of damages claimed by Plaintiff is $47,972.00. See Complaint ¶ 6. The action is therefore removable pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441.

Pursuant to 28 U.S.C. § 1441(a), this action is one that may be removed by petitioner to this Court.

5. **Venue**. Petitioner desires to remove this action to the district court of the United States for the district in which it is now pending, to wit, the District of Massachusetts. 28 U.S.C. § 1446(a).

6. After the filing of this Notice of Removal with the United States District Court for the District of Massachusetts, (a) written notice of the filing of this Notice of Removal will be given by the attorney for Petitioner to Plaintiff as provided by law, (b) a certified copy of this notice will be filed with the Clerk of the Middlesex Superior Court Department, Lowell, Massachusetts, and (c) certified copies of all pleadings on file in said Middlesex Superior Court Department will be filed with this Court.

7. Petitioner has a good and sufficient defense to Plaintiff's claims in this action.

8. No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, Petitioner Silva's Express, Inc. prays that this action be removed from the Middlesex Superior Court Department, Lowell, Massachusetts, to the United States District Court for the District of Massachusetts.

SILVA'S EXPRESS, INC.
By its attorney,

October 15, 2004

_____
Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I served a copy of the foregoing **NOTICE OF REMOVAL** upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

Thomas C. O'Keefe III, Esq.
180 West Central Street
Natick, MA 01760

_____
Wesley S. Chused



TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-3672

TRUE COPY ATTEST
DEPUTY SHERIFF
Middlesex County

DATE OF SERVICE
9/27/04

Continental Woodcraft, Plaintiff(s)
Inc.

v.

Silva's Express, Inc., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ........O'Keefe & Gale........
........................................, plaintiff's attorney, whose address is ........................................
100 N. Central St., Natick, MA 01760......, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ........................................
........................................ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Robert A. Mulligan, Esquire, at ........................................
the ....20th.... day of ....September....
........................................ in the year of our Lord, Two Thousand Four.

Edward J Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, SS.

Superior Court @ Lowell
CIVIL ACTION NO.
04-3672

Continental Woodcraft, Inc. )
)
vs. )
)
Silva's Express, Inc. ) **COMPLAINT**
)

### PARTIES

1. The Plaintiff is Continental Woodcraft, Inc., a Massachusetts business corporation with a usual place of business at 181 Greenwood Street, Worcester, MA, 01607 and the Defendant is Silva's Express, Inc., a Massachusetts business corporation with a usual place of business at 75 Phoenix Avenue, Lowell, MA, 01852.

### COUNT ONE

2. The Plaintiff says that at all times relevant it was in the business of manufacturing wood and/or metal retail store fixtures.

3. That at all times relevant the Defendant was in the business of transporting goods as a common carrier.

4. That on or about February, 2004, the Defendant undertook to transport a certain load of wood and metal fixtures from the Plaintiff's place of business in Worcester to Hecht's Department Store in Charlotte, North Carolina.

5. That the Plaintiff says that on or before February 16, 2004 its agents, servants and/or employees so negligently transported and/or controlled said load and/or so carelessly and negligently operated its motor vehicle so as to cause the said load to be damaged.

6. That as a result thereof the goods in said load were broken and damaged to the amount of $47,972.00.

**WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT ONE TOGETHER WITH INTEREST AND COSTS THEREON.**

## COUNT TWO

7. The Plaintiff repeats and incorporates herein all the allegations contained in paragraphs (1)-(4) above.

8. The Plaintiff says that the Defendant warranted that it would perform its work in a good and workmanlike manner.

9. That the Defendant did not perform its work in a good and workmanlike manner and breached its warranty.

10. That as a result thereof the goods in said load were broken and damaged to the amount of $47,972.00.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT TWO TOGETHER WITH INTEREST AND COSTS THEREON.

Dated this 16 day of September, 2004.

By Plaintiff's Attorneys,

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(BBO#378185-TCOK)
(OF# MT-04-2)
(YF# 99654-V4)

## JURY DEMAND

Plaintiff hereby respectfully demands a trial by jury.

Dated this 16 day of September, 2004.

By the Plaintiff's Attorneys:

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000

10/14/2004 16:34 18047943141 RON COLEMAN PAGE 05/07
Case 4:04-cv-40209-FDS   Document 10   Filed 10/18/2004   Page 8 of 12
FROM : JUDI
09/20/2027 23:01 FAX
FAX NO. :7816210931
SEP. 28 2004 02:36PM P5

# COMMONWEALTH OF MASSACHUSETTS

Middlesex, SS.

Superior Court @ Lowell
CIVIL ACTION NO.
04-3672

Continental Woodcraft, Inc.     )
                                )
vs.                             )
                                )
Silva's Express, Inc.           )

## JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this 16 day of September, 2004.

By the Plaintiff's Attorneys:

_[signature]_

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508) 655-0000

FROM : JUDI
09/20/2027 23:01 FAX       FAX NO. :7818210931       2. 28 2004 02:37PM P6

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: Middlesex | Docket Number 04-3672 |
|---|---|---|
| PLAINTIFF(S) Continental Woodcraft, Inc. | DEFENDANT(S) Silva's Express, Inc. | |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE O'Keefe & Gale, 180 West Central Street, Natick MA, 01760  (508)-655-0000  (OF#MI-04-2) Board of Bar Overseers number: 378185 | ATTORNEY (if known) - | |

Place an x in one box only:                                   Origin code and track designation
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial)          [ ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)                   [ ] 5. F05 Reactivated after rescript/relief from judgment Order (Mass.R.Civ.P. 60)
                                                                     [ ] 6. E10 Summary Process Appeal

| CODE NO. | TYPE OF ACTION AND TRACK DESIGNATION (See reverse side) |
|---|---|
| B04 | TYPE OF ACTION (specify)  TRACK  IS THIS A JURY CASE? Personal injury/property damage other negligence  (F)  (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims, indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)
A. Documented medical expenses to date:
   1. Total hospital expenses ............................................... $............
   2. Total Doctor expenses ............................................... $............
   3. Total chiropractic expenses .......................................... $............
   4. Total physical therapy expenses ..................................... $............
   5. Total other expenses (describe) ..................................... $............
                                                              Subtotal  $............
B. Documented lost wages and compensation to date .................. $............
C. Documented property damages to date ............................... $............
D. Reasonably anticipated future medical and hospital expenses ...... $47,972.00
E. Reasonably anticipated lost wages .................................. $............
F. Other documented items of damages (describe) ..................... $............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
                                                                      $............
                                                              TOTAL  $47,972.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):
                                                              TOTAL  $............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____  DATE: 9/16/04

A.O.S.C. 2003

MT-04-2

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

CIVIL DOCKET # MICV2004-03672-L

RE: Continental Woodcraft, Inc. v Silva's Express, Inc.

TO: Thomas C O'Keefe III, Esquire
O'Keefe & Gale
180 West Central Street
Natick, MA 01760

### TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 12/19/2004 |
| Response to the complaint filed (also see MRCP 12) | 02/17/2005 |
| All motions under MRCP 12, 19, and 20 filed | 02/17/2005 |
| All motions under MRCP 15 filed | 02/17/2005 |
| All discovery requests and depositions completed | 07/17/2005 |
| All motions under MRCP 56 served and heard | 08/16/2005 |
| Final pre-trial conference held and/or firm trial date set | 09/15/2005 |
| Case disposed | 11/14/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session "L" sitting in Cv CrtRm (Lowell) Middlesex Superior Court.

Dated: 09/21/2004

Edward J. Sullivan
Clerk of the Court

Location: Cv CrtRm (Lowell)
Telephone: 978-453-0201

BY: Michael Brennan
Assistant Clerk

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

FAXED

Check website as to status of case: http://ma-trialcourts.org/tcic

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Continental Woodcraft, Inc.

## DEFENDANTS
Silva's Express, Inc.

04-40209

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  25027
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  25017
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Thomas C. O'Keefe, III, Esq., BBO No. 378185
180 West Central Street
Natick, MA 01760  Tel: (508) 655-000

ATTORNEYS (IF KNOWN)
Wesley S. Chused, Esq., BBO #083520
Looney & Grossman LLP, 101 Arch Street
Boston, MA 02110  Tel: (617) 951-2800

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☒ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for interstate freight damage.  49 U.S.C. 14706

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** 47,972.

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
October 15, 2004

SIGNATURE OF ATTORNEY OF RECORD
/s/ Wesley S. Chused

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Continental Woodcraft, Inc. v. Silva's Express, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   X  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   __ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   04 - 40209

   __ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   ~~YES~~    NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   ~~YES~~    NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   ~~YES~~    NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   ~~YES~~    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
   EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
   ~~EASTERN DIVISION~~    CENTRAL DIVISION    ~~WESTERN DIVISION~~

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Wesley S. Chused
ADDRESS  Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110
TELEPHONE NO.  (617) 951-2800

(Cover sheet local.wpd - 11/27/00)