UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CONTINENTAL WOODCRAFT, INC.,

    *Plaintiff,*

v.

SILVA'S EXPRESS, INC.,

    *Defendant.*

CIVIL ACTION
NO.

**04-40209**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
### (LOCAL RULE 7.3)

The defendant, Silva's Express, Inc., states that is a privately held company and that no publicly held company owns 10% or more of its stock.

    SILVA'S EXPRESS, INC.
    By its attorney,

October 15, 2004

    _____
    Wesley S. Chused, BBO #083520
    LOONEY & GROSSMAN LLP
    101 Arch Street
    Boston, MA 02110
    (617) 951-2800

L:\13167\001\Pld\002.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I served a copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)** upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

> Thomas C. O'Keefe III, Esq.
> 180 West Central Street
> Natick, MA 01760

_/s/ Wesley S. Chused_
Wesley S. Chused