# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

FILED
IN CLERK'S OFFICE

2004 OCT 27  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

**I, Michael Brennan, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-03672** entered in the Superior Court on **09/21/2004.**

**IN TESTIMONY WHEREOF,** I hereunto set my hand and
affix the seal of said Superior Court,
at said Lowell
this 21st day of October, in the year of our
Lord 2004



Assistant Clerk of the Courts

cvdremlett.wpd 2632421 removus houle



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONTINENTAL WOODCRAFT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. |
| SILVA'S EXPRESS, INC., ) | |
| ) | **04-40209-FDS** |
| Defendant. ) | |

FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX
OCT 20 2004

## NOTICE OF REMOVAL

**TO:** The Honorable Judges of the United States District Court for the District of Massachusetts:

1. The Petitioner, Silva's Express, Inc. ("Silva's"), respectfully shows, upon information and belief, that it is the named defendant in the above-entitled civil action brought by the plaintiff, Continental Woodcraft, Inc. ("Continental"), which is now pending in the Middlesex Superior Court Department, Middlesex County Massachusetts, Civil Action No. 2004-03672-L (the "Civil Action").

2. On or about September 20, 2004, the Civil Action was commenced in the aforesaid Middlesex Superior Court Department, and Petitioner was served with the Summons, Complaint, Jury Demand, Cover Sheet and Tracking Order, **Exhibit A** hereto, in the Civil Action on September 27, 2004, as shown on the Summons.

3. Upon information and belief, no further proceedings have been had in the Civil Action, and the time of Petitioner within which to file a notice of removal has not expired.

4.      **Jurisdiction**.  Based on the allegations contained in the Complaint, this is a civil suit which may be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441 in that Plaintiff, Continental, alleges a claim involving an Act of Congress regulating commerce, to wit: a claim in excess of $10,000, exclusive of costs, for loss or damage to a shipment of property allegedly transported by Petitioner in interstate commerce from Worcester, Massachusetts to Charlotte, North Carolina on or about February 2004.  Complaint, ¶¶ 4-5.  Therefore, the Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. § 14706, governs Plaintiff's claims for loss or damage to the subject shipment.  The amount of damages claimed by Plaintiff is $47,972.00.  *See* Complaint ¶ 6.  The action is therefore removable pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441.

Pursuant to 28 U.S.C. § 1441(a), this action is one that may be removed by petitioner to this Court.

5.      **Venue**.  Petitioner desires to remove this action to the district court of the United States for the district in which it is now pending, to wit, the District of Massachusetts.  28 U.S.C. § 1446(a).

6.      After the filing of this Notice of Removal with the United States District Court for the District of Massachusetts, (a) written notice of the filing of this Notice of Removal will be given by the attorney for Petitioner to Plaintiff as provided by law, (b) a certified copy of this notice will be filed with the Clerk of the Middlesex Superior Court Department, Lowell, Massachusetts, and (c) certified copies of all pleadings on file in said Middlesex Superior Court Department will be filed with this Court.

7.      Petitioner has a good and sufficient defense to Plaintiff's claims in this action.

8.  No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, Petitioner Silva's Express, Inc. prays that this action be removed from the Middlesex Superior Court Department, Lowell, Massachusetts, to the United States District Court for the District of Massachusetts.

SILVA'S EXPRESS, INC.
By its attorney,

October 15, 2004

Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2004, I served a copy of the foregoing **NOTICE OF REMOVAL** upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

Thomas C. O'Keefe III, Esq.
180 West Central Street
Natick, MA 01760

Wesley S. Chused

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                TRIAL COURT DEPARTMENT
                                              SUPERIOR COURT DEPT

| | |
|---|---|
| CONTINENTAL WOODCRAFT, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| SILVA'S EXPRESS, INC. ) | NO. 2004-03672-L |
| ) | |
| *Defendants.* ) | |

### NOTICE OF FILING NOTICE OF REMOVAL
### PURSUANT TO 28 U.S.C. §1446(d)

**TO:** (1)   Civil Clerk, Middlesex Superior Court Department, 360 Gorham Street, Lowell, MA 01852; and

(2)   Thomas C. O'Keefe, Esq., 180 West Central Street, Natick, MA 01760.

**Please take notice** that a Notice of Removal removing the within action, Civil Action No. 2004-03672-L, from the Middlesex Superior Court Department, Middlesex County, Lowell, Massachusetts, to the United States District Court for the District of Massachusetts, a certified copy of which is attached hereto, was duly filed in the office of the Clerk of the United States District

Court for the District of Massachusetts, Worcester, Massachusetts, on October 18, 2004 and assigned Civil Action No. 04-40209-FDS.

SILVA'S EXPRESS, INC.
By its attorney,

October 19, 2004

Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2004, I served a copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

Thomas C. O'Keefe, III, Esq.
180 West Central Street
Natick, MA 01760

Wesley S. Chused

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-3672

......MIDDLESEX......, ss
[seal]



Continental Woodcraft, Plaintiff(s)
Inc.

v.

Silva's Express, Inc., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ......O'Keefe & Gale......
.................... plaintiff's attorney, whose address is ........................
180 W. Central St., Natick, MA 01760...., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ........................
.................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Robert A. Mulligan, Esquire, at ........................
the ......20th...... day of ......September......
.................., in the year of our Lord Two Thousand four.

*Edward J Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ................



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

September 28, 2004

I hereby certify and return that on 9/27/2004 at 12:36PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & JURY DEMAND in this action in the following manner: To wit, by delivering in hand to FERNANDO BETTENCOURT, agent, person in charge at the time of service for SILVA'S EXPRESS, INC., at, 75 PHOENIX Avenue, Lowell, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($14.72) Total Charges $51.62

*[signature]*

**Deputy Sheriff**

( _____ )
( ............................................, ......... )
( _____ )

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION

MIDDLESEX, ss.

No. ............

........................, Plff.

v.

........................, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

*COMMONWEALTH OF MASSACHUSETTS*

*Middlesex, SS.*                                                                 *Superior Court @ Lowell*
                                                                                 *CIVIL ACTION NO.*
                                                                                 **04-3672**

*Continental Woodcraft, Inc.*

vs.

*Silva's Express, Inc.*                                                          **COMPLAINT**



### PARTIES

1.  The Plaintiff is Continental Woodcraft, Inc., a Massachusetts corporation with a usual place of business at 181 Greenwood Street, Worcester, MA, 01607, and the Defendant is Silva's Express, Inc., a Massachusetts business corporation with a usual place of business at 75 Phoenix Avenue, Lowell, MA, 01852.

### COUNT ONE

2.  The Plaintiff says that at all times relevant it was in the business of manufacturing wood and/or metal retail store fixtures.

3.  That at all times relevant the Defendant was in the business of transporting goods as a common carrier.

4.  That on or about February, 2004, the Defendant undertook to transport a certain load of wood and metal fixtures from the Plaintiff's place of business in Worcester to Hecht's Department Store in Charlotte, North Carolina.

5.  That the Plaintiff says that on or before February 16, 2004 its agents, servants and/or employees so negligently transported and/or controlled said load and/or so carelessly and negligently operated its motor vehicle so as to cause the said load to be damaged.

6.  That as a result thereof the goods in said load were broken and damaged to the amount of $47,972.00.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT ONE TOGETHER WITH INTEREST AND COSTS THEREON.

## COUNT TWO

7. The Plaintiff repeats and incorporates herein all the allegations contained in paragraphs (1)-(4) above.

8. The Plaintiff says that the Defendant warranted that it would perform its work in a good and workmanlike manner.

9. That the Defendant did not perform its work in a good and workmanlike manner and breached its warranty.

10. That as a result thereof the goods in said load were broken and damaged to the amount of $47,972.00.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT TWO TOGETHER WITH INTEREST AND COSTS THEREON.

Dated this 16 day of September, 2004.

By Plaintiff's Attorneys,

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(BBO#378185-TCOK)
(OF# MT-04-2)
(YF# 99654-V4)

## JURY DEMAND

Plaintiff hereby respectfully demands a trial by jury.

Dated this 16 day of September, 2004.

By the Plaintiff's Attorneys:

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000

COMMONWEALTH OF MASSACHUSETTS

*Middlesex, SS.*                                                *Superior Court @ Lowell*
                                                                *CIVIL ACTION NO.*

*Continental Woodcraft, Inc.*         )                         **04-3672**
                                      )
*vs.*                                 )
                                      )
*Silva's Express, Inc.*               )

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this ___16___ day of ___September___, 2004.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000

[FILED IN THE OFFICE OF THE CLERK OF THE COURTS — SEP 20 2004]

FROM : JUDI                    FAX NO. :7818210931           t. 08 2004 02:17PM P3
09/26/2027 19:24 FAX

MT-04-2

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET # MICV2004-03672-L

RE: Continental Woodcraft, Inc. v Sliva's Express, Inc.

TO: Thomas C O'Keefe III, Esquire
O'Keefe & Gale
180 West Central Street
Natick, MA 01760

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 12/19/2004 |
| Response to the complaint filed (also see MRCP 12) | 02/17/2005 |
| All motions under MRCP 12, 19, and 20 filed | 02/17/2005 |
| All motions under MRCP 15 filed | 02/17/2005 |
| All discovery requests and depositions completed | 07/17/2005 |
| All motions under MRCP 56 served and heard | 08/16/2005 |
| Final pre-trial conference held and/or firm trial date set | 09/15/2005 |
| Case disposed | 11/14/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session "L" sitting in Cv CrtRm (Lowell) Middlesex Superior Court.

Dated: 09/21/2004                                          Edward J. Sullivan
                                                           Clerk of the Court

                                                           BY: Michael Brennan
Location: Cv CrtRm (Lowell)                                Assistant Clerk
Telephone: 978-453-0201

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

I HEREBY ATTEST AND CERTIFY ON 10-16-04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

Check website as to status of case: http://ma-trialcourts.org/tcic

FROM : JUDI  FAX NO. :7819210931  p. 28 2004 02:37PM P6
09/20/2027 23:01 FAX

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: Middlesex | Docket Number 04-3672 |
|---|---|---|

| PLAINTIFF(S) Continental Woodcraft, Inc. | DEFENDANT(S) Silva's Express, Inc. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE O'Keefe & Gale, 180 West Central Street, Natick MA, 01760  (508)-655-0000  (OFMT-04-2) Board of Bar Overseers number: 378185 | ATTORNEY (if known) - |

Origin code and track designation

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/ Order (Mass.R.Civ.P. 60)
[ ] 6. E10 Summary Process Appeal

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Personal Injury/property damage other negligence | (F) | (X) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses .................................... $
   2. Total Doctor expenses ..................................... $
   3. Total chiropractic expenses ............................... $
   4. Total physical therapy expenses ........................... $
   5. Total other expenses (describe) ........................... $
                                                      Subtotal   $
B. Documented lost wages and compensation to date ............... $
C. Documented property damages to date .......................... $
D. Reasonably anticipated future medical and hospital expenses .. $47,972.00
E. Reasonably anticipated lost wages ............................ $
F. Other documented items of damages (describe) ................. $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                                 $
                                                       TOTAL: $47,972.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                                        TOTAL   $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____ DATE: 9/10/04

A.O.S.C. 2003

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

# MICV2004-03672
## Continental Woodcraft, Inc. v Silva's Express, Inc.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 09/20/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 10/21/2004 | **Session** | L - Cv time-stan 1 (Lowell) | | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 12/19/2004 | **Answer** | 02/17/2005 | **Rule12/19/20** | 02/17/2005 |
| **Rule 15** | 02/17/2005 | **Discovery** | 07/17/2005 | **Rule 56** | 08/16/2005 |
| **Final PTC** | 09/15/2005 | **Disposition** | 11/14/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Continental Woodcraft, Inc.
181 Greenwood Street
Active 09/20/2004

**Private Counsel 378185**
Thomas C O'Keefe III
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
Phone: 508-655-0000
Fax: 508-655-2181
Active 09/20/2004 Notify

**Defendant**
Silva's Express, Inc.
75 Phoenix Avenue
Lowell, MA 01852
Served: 09/30/2004
Served (answr pending) 09/30/2004

**Private Counsel 083520**
Wesley S Chused
Looney & Grossman
101 Arch Street
Boston, MA 02110
Phone: 617-951-2800
Fax: 617-951-2819
Active 10/20/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/20/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 09/20/2004 | | Origin 1, Type B04, Track F. |
| 09/30/2004 | 2.0 | SERVICE RETURNED: Silva's Express, Inc.(Defendant) In hand 9/28/04 |
| 10/21/2004 | 3.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

MIDDLESEX, ss.  Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
I hereby certify that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior court
this ___ day of _____ 2004.

Deputy Assistant Clerk

# Looney & Grossman LLP
## Attorneys at Law

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com



101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

October 26, 2004

Kathleen Hassett, Deputy, Clerk
Harold D. Donohue Federal Bldg. and Courthouse
Suite 502
595 Main Street
Worcester, MA 01608

    Re:    Continental Woodcraft, Inc. v.
            Silva's Express, Inc.
            <u>Civil Action No. 04-03672</u>

Dear Ms. Hassett:

    Pursuant to Local Rule 81.1(a), enclosed for filing are certified copies of the state court docket sheet and pleadings in the above civil action.

    Kindly file these in your usual manner. Thank you.

                                                    Very truly yours,

                                                    Wesley S. Chused

WSC/dml
Enclosures
cc:    Thomas C. O'Keefe, III, Esq.

L:\13167\001\Ltr\01.doc