UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CONTINENTAL WOODCRAFT, INC., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
|  | ) | CIVIL ACTION |
| SILVA'S EXPRESS, INC., | ) | NO.  04-40209-FDS |
| *Defendant.* | ) | |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

The defendant, Silva's Express, Inc. ("Silva's"), respectfully moves that the Scheduling Conference in this action, presently scheduled for December 6, 2004 at 11:30 a.m., be continued to a convenient date after December 6, 2004.  As grounds for this Motion, Silva's states that its counsel, Wesley S. Chused, represents the plaintiff in the case of <u>Estes Express Lines, Inc. v. Hi-Seas Industries, Inc.</u>, Civil Action No. 03-30299-KPN, pending in the United States District Court for the District of Massachusetts, and he must appear for a case management conference in that case at 12:00 noon on December 6, 2004 before United States Magistrate Judge Kenneth P. Neiman at the United States District Court in Springfield, Massachusetts.  Consequently, Mr. Chused could not appear at the scheduling conference in this action, in Worcester, at 11:30 a.m. on the same date.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Wesley S. Chused, counsel for the defendant, Silva's Express, Inc., here by certify (1) that the foregoing matters are true of my own personal knowledge and (2) that on November 17, 2004, I

spoke with plaintiff's counsel, Thomas C. O'Keefe, III, Esq., and Mr. O'Keefe, on behalf of the plaintiff, stated that he assents to this Motion.

WHEREFORE, defendant Silva's Express, Inc. prays that the Court continue the scheduling conference in this action to a convenient date after December 6, 2004.

>                                SILVA'S EXPRESS, INC.
>                                By its attorney,

November 18, 2004                 "/s/ Wesley S. Chused"
                                  Wesley S. Chused, BBO #083520
                                  LOONEY & GROSSMAN LLP
                                  101 Arch Street
                                  Boston, MA  02110
                                  (617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2004, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

>    Thomas C. O'Keefe III, Esq.
>    180 West Central Street
>    Natick, MA 01760

>                          "/s/ Wesley S. Chused"
>                          Wesley S. Chused