UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CONTINENTAL WOODCRAFT, INC., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | CIVIL ACTION |
| SILVA'S EXPRESS, INC., | ) | NO.  04-40209-FDS |
| *Defendant.* | ) | |

**DEFENDANT'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The defendant, Silva's Express, Inc. ("Silva's"), and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendant Silva's and its counsel have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SILVA'S EXPRESS, INC.

December 6, 2004    By: /s/ "John S. Ramsey"
                         John S. Ramsey, AIC
                         Claim Adjuster for Silva's Express, Inc.

December 7, 2004    /s/ "Wesley S. Chused"
                         Wesley S. Chused (BBO#083520)
                         Attorney for Silva's Express, Inc.
                         LOONEY & GROSSMAN LLP
                         101 Arch Street
                         Boston, MA  02110
                         (617) 951-2800

L:\13167\001\Pld\008.doc