Filed in open Court 12/10/04

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

CONTINENTAL WOODCRAFT, INC. )
)  CIVIL ACTION
VS. )  NO. 04-40209-FDS
)
SILVA'S EXPRESS, INC. )

## LOCAL RULE 16.1 (D) (3) CERTIFICATE

Plaintiff's counsel and an authorized representative of the Plaintiff Continental Woodcraft, Inc. certify that they have conferred on this case and have discussed.

a) The anticipated budget for the costs for concluding the full course and various alternative courses of the litigation.
b) Resolution of the litigation through the use of alternative dispute resolution proposals such as those outlined in LR 16.4. The Plaintiff is willing to participate in a mediation of this case at any time.

Thomas C. O'Keefe, III, Esq.
Plaintiff's counsel
O'Keefe & Gale Law Office
180 West Central Street
Natick, MA 01760
(508) 655-0000
BBO# 378185

Jerri White
Preserver Group, Inc.
Insurer and authorized representative of
Continental Woodcraft, Inc.
95 Route 17 South
Paramus, NJ 07653-0931