UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CONTINENTAL WOODCRAFT, INC., )
                             )
              Plaintiff,     )
                             )
v.                           )      CIVIL ACTION
                             )      NO. 04-40209-FDS
SILVA'S EXPRESS, INC.,       )
                             )
              Defendant.     )

## JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES AND

## STATUS CONFERENCE

Now come the parties in the above-entitled matter and move to extend the fact discovery deadline, the status conference and expert discovery deadline by sixty days, or to some other dates as this honorable Court sees fit.

As grounds for this motion, the parties state the following:

1.    Initial disclosures required by Fed. R. Civ. P. 26(a)(1) have been completed.

2.    Plaintiff's answers to defendant's interrogatories are expected to be served no later than May 31, 2005.

3.    Following receipt of plaintiff's answers to interrogatories, defendant may depose Greg Crenshaw, an employee of plaintiff, who was disclosed as having knowledge of the condition of the fixtures when delivered by defendant to plaintiff's customer in Charlotte, North Carolina.

4.    Expert opinions and reports must await receipt of answers to interrogatories and possibly the deposition of Greg Crenshaw who is expected to have knowledge of the condition of the fixtures upon arrival in Charlotte, North Carolina.

WHEREFORE, the parties request that this Court extend the dates contained in paragraphs 4, 5 and 6 of its Scheduling Order dated December 10, 2004 by sixty days, or to some other dates as this honorable Court sees fit.


Respectfully submitted,                          Respectfully submitted,
For the Plaintiff                                For the Defendant

CONTINENTAL WOODCRAFT, INC.                      SILVA'S EXPRESS, INC.
By its attorneys,                                By its attorneys,



_____                          _____
Thomas C. O'Keefe, III, BBO# 378185              Wesley C. Chused, BBO# 083520
O'Keefe & Gale                                   Joseph F. Graul, BBO# 207670
180 West Central Street                          Looney & Grossman LLP
Natick, MA  01760                                101 Arch Street
(508) 655-0000                                   Boston, MA  02110
                                                 (617) 951-2800


Dated: _____5/20/05_____


2