UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                 *
CONTINENTAL WOODCRAFT, INC.      *
        Plaintiff                *          CIVIL ACTION
vs.                              *          NO. 04-40209-FDS
                                 *
SILVA'S EXPRESS, INC.            *
        Defendant                *
                                 *
* * * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

All parties hereby respectfully Stipulate to Dismiss the above entitled action without prejudice in order for the parties to proceed to inter-company arbitration.

Dated this 12th day of January, 2006.

| For Plaintiff | For Defendant |
|---|---|
| Continental Woodcraft, Inc. | Silva's Express, Inc. |
| By Its Attorney: | By Its Attorney: |
| /s/ Thomas C. O'Keefe, III | /s/ Wesley S. Chused |
| Thomas C. O'Keefe, III, Esq. | Wesley S. Chused, Esq. |
| O'Keefe & Gale | Looney & Grossman LLP |
| 180 West Central Street | 101 Arch Street |
| Natick, MA 01760 | Boston, MA 02110-1112 |
| (508) 655-0000 | (617) 951-2800 |
| BBO# 378185 | BBO# 083520 |
| (OF# MT-04-2) | |